1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

7
8
9
10
11
12
13
14

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

Plaintiff

v.

SAFEWAY, INC.,

Defendant

CIVIL ACTION NO.  2:18-cv-01352

[PROPOSED]

JURY TRIAL DEMAND

15

## NATURE OF THE ACTION

16
17
18
19
20
21
22
23
24
25

This is an action under Title I of the Americans with Disabilities Act, as amended by the ADA Amendments Act of 2008, 42 U.S.C. § 12101 *et. seq.*, (ADA and ADAAA) to correct unlawful employment practices on the basis of disability and to provide appropriate relief to Joel Sibert, who is adversely affected by such practices.  The Equal Employment Opportunity Commission (EEOC or Commission) alleges that Safeway, Inc. (Defendant) discriminated against Mr. Sibert, a deaf applicant, when it failed to provide a reasonable accommodation in the interview process and failed to hire him.

**EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6885
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882**

JURISDICTION AND VENUE

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to Section 107(a) of the ADA, 42 U.S.C. § 2000e-5(f)(1) and (3) (Title VII), and pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.      The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of Washington.

PARTIES

3.      Plaintiff, the Equal Employment Opportunity Commission, is the agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII, and is expressly authorized to bring this action by Sections 107(a) of the ADA, 42 U.S.C. § 12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. 2000e-4(f)(1).

4.      At all relevant times, Defendant has been a corporation continuously doing business in the State of Washington and employing at least fifteen (15) employees.

5.      At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce under Section 101 (5) of the ADA, 42 U.S.C. §12111(5), and Section 101(7) of the ADA, 42 U.S.C. § 12111(7), which incorporates by reference Sections 701 (g) and (h) of Title VII, 42 U.S.C. §§2000e(g) and (h).

6.      At all relevant times, Defendant has been a covered entity under Section 101(2) of the ADA, 42 U.S.C. § 12111(2).

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6885
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

## ADMINISTRATIVE PROCEDURES

7.     More than thirty (30) days prior to the institution of this lawsuit, Joel Sibert filed a charge of discrimination with the Commission alleging that Defendant discriminated against him in violation of the ADA.

8.     By letter dated July 5, 2018, the Commission issued to Defendant a Determination finding reasonable cause to believe that Defendant violated the ADA and invited Defendant to join with the EEOC in informal methods of conciliation to endeavor to eliminate the discriminatory practices and provide appropriate relief.

9.     The EEOC communicated with Defendant to provide Defendant the opportunity to remedy the discriminatory practices described in the EEOC's Letter of Determination.

10.     The EEOC was unable to secure from Defendant a conciliation agreement acceptable to the Commission.

11.     By letter dated August 16, 2018, the EEOC issued to Defendant notice that efforts to conciliate were unsuccessful and that further conciliation efforts would be futile or non-productive.

12.     All conditions precedent to the institution of this lawsuit have been fulfilled.

## STATEMENT OF CLAIMS

13.     Since at least August 28, 2017, Defendant has engaged in unlawful employment practices in violation of Section 102(a) of Title I of the ADA, 42 U.S.C. § 12112(a). Defendant discriminated against Joel Sibert when it failed to provide a reasonable accommodation to Mr. Sibert to enable a job interview and when it failed to hire him for a position at Store #1551 in Seattle, Washington, in violation of section 102(a) and (b) of the ADA.

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6885
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

14.     Charging Party Joel Sibert is a qualified individual with a disability who, under sections 3 and 101(8) of the ADA, 42 U.S.C. §§ 12102 and 12111(8), can perform the essential functions of the position with or without reasonable accommodation. Mr. Sibert is deaf.  He is substantially limited in the major life activities of hearing and communicating with others.

15.     Mr. Sibert's physical impairment—deafness—is expressly identified as a disability in the ADAAA regulations.  29 C.F.R. §1630(2)(j)(3)(iii).

16.  In 2017, Mr. Sibert filled out an application for employment on Respondent's website.

17.  Mr. Sibert's application expressed interest in working in as a Food Clerk, Courtesy Clerk, Produce Clerk, and Starbucks Clerk.

18.  Defendant reviewed Mr. Sibert's application, determined that he met the minimum qualifications for the job, and marked him eligible for an interview.

19.     On August 28, 2017, the In-Store Recruiter for Defendant's Store #1551, called Mr. Sibert to ask him to attend an in-person interview for vacant positions she was filling for the store.

20.     During this call Mr. Sibert informed the In-Store Recruiter that he was deaf and would require an American Sign Language (ASL) interpreter during his interview and during orientation for the position if he was hired.

21.     The In-Store Recruiter told Mr. Sibert that she did not know about providing an interpreter for an interview and would call him back.

22.     The In-Store Recruiter did not call Mr. Sibert back.

**EQUAL EMPLOYMENT**
**OPPORTUNITY COMMISSION**
**Seattle Field Office**
**909 First Avenue, Suite 400**
**Seattle, Washington  98104-1061**
**Telephone:  (206) 220-6885**
**Facsimile:  (206) 220-6911**
**TDD:  (206) 220-6882**

23.     Mr. Sibert called Store #1551 several times to follow up on his interview and request for an interpreter.  During these calls Sibert was told either that the In-Store Recruiter was not available or was still working on his request.

24.  Defendant knew about Sibert's disability because he told the In-Store Recruiter he was deaf when she called him to set up an in-person interview.

25.  Defendant refused to provide Sibert with a reasonable accommodation for this disability.

26.  Defendant failed to hire Sibert because of his disability in violation of 42 U.S.C. §§ 12112(a) and 12112(b)(5)(a) and (b).

27.  The effect of the practices complained of in paragraphs 13 through 26 above has been to deprive Joel Sibert of equal employment opportunities and otherwise adversely affect his status as an applicant because of his disability.

28.  The unlawful employment practices complained of in paragraphs 13 through 26 above were intentional.

29. The unlawful employment practices complained of in paragraphs 13 through 26 above were committed with malice or with reckless indifference to the federally protected rights of Joel Sibert.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A.  Grant a permanent injunction enjoining Defendant, its officers, servants, employees, attorneys, all persons in active concert or participation with it, and successors, from engaging in any employment practice that discriminates based on disability.

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6885
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

B.  Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for qualified individuals with disabilities, and which eradicate the effects of its past and present unlawful employment practices.

C.  Order Defendant to make whole Joel Sibert by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to front pay.

D.  Order Defendant to make whole Joel Sibert by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraphs 25 through 31 above, including job search and related expenses, in amounts to be determined at trial.

E.  Order Defendant to make whole Joel Sibert by providing compensation for past and future non-pecuniary losses resulting from the unlawful employment practices described in paragraphs 13 through 24 above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

F.  Order Defendant to pay punitive damages for its malicious and reckless conduct, as described in paragraphs 13 through 24 above, in amounts to be determined at trial.

G.  Grant such further relief as the Court deems necessary and proper in the public interest.

H.  Award the Commission its costs in this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by this Complaint.

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6885
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

DATED this _10th__ day of September, 2017.


ROBERTA L. STEELE                          JAMES L. LEE
Regional Attorney                          Deputy General Counsel

JOHN F. STANLEY                            GWENDOLYN Y. REAMS
Supervisory Trial Attorney                 Associate General Counsel
                                           Office of the General Counsel
TERI HEALY                                 131 "M" Street NE
Senior Trial Attorney                      Washington, D.C. 20507



BY: _____/s/ Roberta L. Steele_____
Regional Attorney
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Seattle Field Office-San Francisco District
909 First Avenue, Suite 400
Seattle, WA  98104-1061
Telephone (415) 522-3150



Attorneys for Plaintiff EEOC

**EQUAL EMPLOYMENT**
**OPPORTUNITY COMMISSION**
**Seattle Field Office**
**909 First Avenue, Suite 400**
**Seattle, Washington  98104-1061**
**Telephone:  (206) 220-6885**
**Facsimile:  (206) 220-6911**
**TDD:  (206) 220-6882**