THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SAFEWAY, INC.,<br><br>Defendant. | Case No. 2:18-cv-01352-RSL<br><br>**DEFENDANT SAFEWAY, INC.'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT AND OTHER DEADLINES**<br><br>NOTE ON MOTION CALENDAR:<br>October 9, 2018 |

Defendant Safeway, Inc. ("Safeway" or "Defendant"), by and through its attorneys, moves this Court for an order extending the time for Defendant to answer or otherwise respond to the complaint. Defendant's response or answer is currently due October 10, 2018. Plaintiff Equal Employment Opportunity Commission ("Plaintiff") does not oppose this motion. Defendant respectfully requests an extension of time by thirty (30) days to answer or otherwise respond until November 9, 2018. In support of its unopposed motion, Defendant states as follows:

1. On September 12, 2018, Plaintiff filed this action in the U.S.D.C. for the Western District of Washington.

2. Defendant was served on September 19, 2018, and its response is currently due October 10, 2018.

DEFENDANT'S UNOPPOSED MOTION TO EXTEND
TIME TO RESPOND TO COMPLAINT - 1
CASE NO. 2:18-CV-01352-RSL

008501.0058/7446708.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

3. Defendant began promptly collecting and reviewing the relevant file documents in order to prepare a response to Plaintiff's Complaint, but requests an additional time of 30 days to complete its investigation and prepare its response.

4. On October 9, 2018, counsel for Defendant conferred with counsel for Plaintiff regarding the request for an extension until November 9, 2018 to answer or otherwise respond to Plaintiff's Complaint. Plaintiff's counsel indicated that Plaintiff does not oppose this request.

5. On October 9, 2018, the Court issued an Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement. Dkt. No. 8. Defendant's requested extension will impact the deadlines imposed by that Order, and Defendant respectfully requests that the Court move the deadlines imposed by that Order a corresponding thirty (30) days.

6. This motion is filed before the response to the Complaint is due and is filed in good faith and not for the purpose of unwarranted delay.

WHEREFORE, Defendant respectfully requests that the Court issue an order granting Defendant until November 9, 2018, to answer or otherwise respond to Plaintiff's Complaint. Defendant also requests that the Court also extend all deadlines in its Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement by thirty (30) days.

DATED: October 9, 2018

LANE POWELL PC

By *s/ D. Michael Reilly*
D. Michael Reilly, WSBA No. 14674
Beth G. Joffe, WSBA No. 42782
Priya B. Vivian, WSBA No. 51802
Email: reillym@lanepowell.com
joffeb@lanepowell.com
vivianp@lanepowell.com
Attorneys for Defendant Safeway, Inc.

DEFENDANT'S UNOPPOSED MOTION TO EXTEND
TIME TO RESPOND TO COMPLAINT - 2
CASE NO. 2:18-CV-01352-RSL
008501.0058/7446708.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

## ORDER

Having reviewed the unopposed motion for extension of time to answer or otherwise respond to the Complaint, the Court hereby GRANTS the motion and ORDERS that Defendant Safeway, Inc.'s deadline to answer or otherwise respond to the Complaint is extended until November 9, 2018. All deadlines set in the Court's Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. No. 8) will also be extended by thirty (30) days; the Court will issue a new order accordingly.

IT IS SO ORDERED.

DATED this 11th day of October, 2018.

_____
The Honorable Robert S. Lasnik
United States District Judge

DEFENDANT'S UNOPPOSED MOTION TO EXTEND
TIME TO RESPOND TO COMPLAINT - 3
CASE NO. 2:18-CV-01352-RSL
008501.0058/7446708.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107