1

2

3

4

5

6          UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
7                  AT SEATTLE

8   EQUAL EMPLOYMENT
    OPPORTUNITY COMMISSION,
9

10          Plaintiff,                          Case No.  C18-1352RSL

11       v.                                     ORDER STAYING CASE

12  SAFEWAY,

13          Defendant

14

15      This matter comes before the Court on plaintiff's "Unopposed Motion to Stay

16  Litigation Due to Lapse in Appropriations." Dkt. # 15. Federal government appropriations

17  for the EEOC lapsed at midnight on December 21, 2018, and the EEOC has shut down.

18  This matter is hereby STAYED during the shut down. The parties shall, within seven

19  days of the restoration of the EEOC's funding, file a status report identifying which case

20  management deadlines need to be extended and, if appropriate, a preferred trial date.

21

22      Dated this 2nd day of January, 2019.

23

24                                          _____
                                            Robert S. Lasnik
25                                          United States District Judge

26  ORDER STAYING CASE - 1