# Exhibit A



# NOTICE TO EMPLOYEES

This notice has been posted in Store 1551 pursuant to the settlement of a lawsuit, *EEOC v. Safeway Inc.*, Case No. 2:18-CV 01352, in which the Equal Employment Opportunity Commission claimed that an applicant, who is deaf, was denied a reasonable accommodation during his application for employment in violation of the Americans with Disabilities Act (ADA).  Safeway denies the allegations in the lawsuit filed by the EEOC, but a settlement was reached between the EEOC and Safeway Inc., resolving the lawsuit.  The settlement terms are contained in a document filed with the Court and available to the public called a "Consent Decree."  This notice is part of the settlement terms.  In accordance with the Consent Decree, Safeway will provide Americans with Disabilities Act training to all personnel in the Seattle Division involved in hiring and interviewing, including training specific to reasonable accommodations as they relate to deaf, hard of hearing and speech impaired individuals; maintain policies to ensure compliance with the ADA, especially with regard to accommodating applicants under the ADA; provide its ADA policy to all employees in the Seattle Division; and report to the EEOC all complaints about disability discrimination against individuals who are deaf or hard of hearing it receives from its employees for three (3) years following the effective date of the Consent Decree.

Federal law prohibits an employer from discriminating against any individual based on the individual's disability with respect to hiring, promotion, demotion, terms and conditions of employment and/or termination.

Should you have any complaints of discrimination or retaliation you should contact: Jeannie Alfers at 253-350-3109, or use the ETHICS Hotline at 1-855-673-1084.

Employees also have the right to bring complaints of discrimination or harassment to the U.S. Equal Employment Opportunity Commission, Seattle Field Office, at 909 1st Avenue, Suite 400, Seattle, WA 98104-1061, 206.220.6884, 1.800.669.4000.

**This notice shall remain prominently posted at Store 1551 for the duration of the Consent Decree referred to above, until _____ 2022.  This Official Notice shall not be altered, defaced, covered or obstructed by any other material.**

**EXHIBIT A**