IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>SAFEWAY INC.<br><br>Defendant. | CIVIL ACTION 2:18-cv-01352-RSL<br><br>ORDER APPROVING CONSENT DECREE |

The Court, having considered the foregoing stipulated agreement of the parties, HEREBY ORDERS THAT the Consent Decree be, and the same hereby is, approved as the final decree of this Court in full settlement of this action. This lawsuit is hereby dismissed with prejudice and without costs or attorneys' fees. The Court retains jurisdiction of this matter for purposes of enforcing the Consent Decree approved herein.

Dated this 18th day of April, 2019.

*/s/ Robert S. Lasnik*
THE HONORABLE ROBERT S. LASNIK
United States District Judge

EEOC v. Safeway Inc. (2:18-cv-01352-RSL)
ORDER ENTERING CONSENT DECREE
**Page - 1**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882

Presented by:

ROBERTA L. STEELE
Regional Attorney

| | |
|---|---|
| JOHN F. STANLEY | JAMES L. LEE |
| Supervisory Trial Attorney | Deputy General Counsel |
| | |
| TERI HEALY | GWENDOLYN Y. REAMS |
| Senior Trial Attorney | Associate General Counsel |

BY: *s/ Roberta S. Steele*
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

| | |
|---|---|
| 909 First Avenue, Suite 400 | Office of the General Counsel |
| Seattle, WA 98104-1061 | 131 M Street, N.E. |
| Telephone (206) 220-6919 | Washington, D.C. 20507 |
| Facsimile (206) 220-6911 | |

Attorneys for Plaintiff EEOC

By: *s/ D. Michael Reilly*
D. Michael Reilly
1420 Fifth Avenue, Suite 4200
P.O. Box 91302
Seattle, WA 98111-9402
Telephone (206) 223-7000
Facsimile (206) 223-7107
reillym@lanepowell.com

Attorneys for Defendant, Safeway Inc.

EEOC v. Safeway Inc. (2:18-cv-01352-RSL)
ORDER ENTERING CONSENT DECREE
**Page - 2**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WASHINGTON 98104
PHONE (206) 220-6884
FAX (206) 220-6911
TDD (206) 220-6882